AO 442

# United States District Court
for the
**District of Utah**



| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Case No: 4:22-cr-00117-RJS |
| John Vinson | **Colorado Case: 23-mj-0089-KLM** |

**ARREST WARRANT**

FILED
**UNITED STATES DISTRICT COURT
DENVER, COLORADO**
10:52 am, May 09, 2023
**JEFFREY P. COLWELL, CLERK**

To:   The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   JOHN VINSON,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Methamphetamine with Intent to Distribute ( >500 grams); Carrying a Firearm During and in Relation to a Drug Trafficking Crime**

in violation of   **21:841(a)(1); 18:924(c)(1)(A)**   United States Code.

| | |
|---|---|
| Gary P. Serdar | Clerk of Court |
| Name of Issuing Officer | Title of Issuing Officer |
| *Jessica Lykins* (signature) | October 26, 2022 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |
| By:   Jessica Lykins
Deputy Clerk | |

Bail fixed _____ by _____
                              Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

TRINA A. HIGGINS, United States Attorney (#7349)
BRADY WILSON, Assistant United States Attorney (#17350)
Attorneys for the United States of America
Office of the United States Attorney
20 North Main Street, Suite 208
St. George, Utah 84770
Telephone: (435) 634-4262
brady.wilson@usdoj.gov

FILED US District Court-UT
OCT 26 '22 PM 02:48

SEALED

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | COUNT I: 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute (>500 grams); |
| vs. | |
| JOHN VINSON, | COUNT II: 18 U.S.C. § 924(c)(1)(A), Carrying a Firearm During and in Relation to a Drug Trafficking Crime. |
| Defendant. | |

Case: 4:22-cr-00117
Assigned To : Shelby, Robert J.
Assign. Date : 10/25/2022

The Grand Jury charges:

COUNT I
21 U.S.C. § 841(a)(1)
(Possession of Methamphetamine with Intent to Distribute)

On or about April 12, 2022, in the District of Utah,

**JOHN VINSON,**

defendant herein, did knowingly and intentionally possess with intent to distribute five hundred (500) grams or more of a mixture or substance containing a detectable amount of

Methamphetamine, a Schedule II controlled substance within the meaning of 21 U.S.C. § 812, all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. § 841(b)(1)(A).

COUNT II
18 U.S.C. § 924(c)(1)(A)
(Carrying a Firearm During and in Relation to a Drug Trafficking Crime)

On or about April 12, 2022, in the District of Utah,

**JOHN VINSON**,

defendant herein, did knowingly carry a firearm during and in relation to a drug trafficking crime, to wit: possession of methamphetamine with intent to distribute, a violation of 21 U.S.C. § 841(a)(1), as alleged in Count I of this Indictment, which count is incorporated by reference herein; all in violation of 18 U.S.C. § 924(c)(1)(A).

**NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE**

Pursuant to 21 U.S.C. § 853, upon conviction of any offense violating 21 U.S.C. § 841, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offenses. The property to be forfeited includes, but is not limited to:

- a GLOCK Model 37 handgun, and associated ammunition;
- a RUGER Model 57 handgun, and associated ammunition.

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense charged herein in violation of 18 U.S.C. § 924, the defendant shall forfeit to

the United States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a GLOCK Model 37 handgun, and associated ammunition;
- a RUGER Model 57 handgun, and associated ammunition.

A TRUE BILL:

/s/

FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

BRADY WILSON
Assistant United States Attorney

3