IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 23-mj-00089-KLM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JOHN VINSON,

    Defendant.

---

## NOTICE OF APPEARANCE

---

The Office of the Federal Public Defender, through Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, John Vinson.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

*/s/ Matthew K. Belcher*
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

  I certify that on May 9, 2023, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

  Andrea Lee Surratt, Assistant U.S. Attorney
  Email:  andrea.surratt@usdoj.gov

            */s/ Matthew K. Belcher*
            MATTHEW K. BELCHER
            Assistant Federal Public Defender