AO 442

# United States District Court
for the
District of Utah

**SEALED**

UNITED STATES OF AMERICA

v.

**John Vinson**

Case No: 4:22-cr-00117-RJS

## ARREST WARRANT

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)  **JOHN VINSON**

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Possession of Methamphetamine with Intent to Distribute ( >500 grams); Carrying a Firearm During and in Relation to a Drug Trafficking Crime**

in violation of   21:841(a)(1); 18:924(c)(1)(A)     United States Code.

Gary P. Serdar
Name of Issuing Officer

_Jessica Lykins_
Signature of Issuing Officer

By: Jessica Lykins
Deputy Clerk

Clerk of Court
Title of Issuing Officer

October 26, 2022 at Salt Lake City, Utah
Date and Location

Bail fixed _____  by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Colorado Springs, CO

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/26/22 | P. Bliss DEO/USMS | _[signature]_ |
| DATE OF ARREST 5/8/23 | | |