PS 40  (Rev. 10/14) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the

District of Colorado

## NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

| | |
|---|---|
| **TO:** U.S. Department of State<br>CA/PPT/L/LA<br>44132 Mercure Circle<br>P.O. Box 1243<br>Sterling, VA 20166-1243<br><br>Fax (202) 485-6496<br>Email: CA-PPT-CourtOrders@state.gov | **FROM:** United States District Court<br>District of Colorado<br>901 19th Street, Room A105<br>Denver, CO  80294 |

☑ **Original Notice**  ☐ **Notice of Disposition**

**Date:** 05/12/2023   **Date:**
**By:** s/ A. García Gallegos   **By:**

**Defendant:** John Vinson   **Case Number:** 23-mj-00089-KLM
**Date of Birth:** ▇▇/1976   **Place of Birth:** Korea
**SSN:**

**Notice of Court Order** (Order Date: 05/12/2023 )

☑ The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

☑ The above-named defendant surrendered passport number 656957608 and/or passport card number _____ to the custody of the U.S. District Court on 05/12/2023.

### NOTICE OF DISPOSITION

The above case has been disposed of.

☐ The above order of the court is no longer in effect.

☐ Defendant not convicted – Document returned to defendant.

☐ Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐ Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court